IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RAMON TORRES HERNANDEZ, et al. <br><br> Plaintiffs, <br><br> v. <br><br> SHANE D. GOSDIS, et al., <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:24-cv-00682-AMA-DBP <br><br> District Judge Ann Marie McIff Allen <br><br> Magistrate Judge Dustin B. Pead |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on April 25, 2025, recommending the Court dismiss this action based, primarily, on a lack of subject-matter jurisdiction.[1] The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[2] No party has filed any objection. Plaintiff Ramon Torress Hernandez made two filings after the Report and Recommendation was issued. Both ask this Court to "conclude" this action.[3]

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts the recommendation, finding Plaintiffs have not stated any claim within this Court's original jurisdiction.

---

[1] *See* Report and Recommendation (ECF No. 86).

[2] *See id.* at 9.

[3] ECF No. 87 & 88.

## ORDER

Based on the foregoing, the Court ADOPTS the Report and Recommendation, GRANTS Defendants Gosdis Law Firm, PLLC, and Shane Gosdis' Motion to Dismiss (ECF No. 80), and DISMISSES this action for lack of subject-matter jurisdiction. All other remaining matters in this case are MOOT. The Clerk shall enter judgment accordingly.

DATED this 12th day of May 2025.          By the Court:

_____
Ann Marie McIff Allen
United States District Judge